DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KHALID HASAN KHAN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No: 2:13-cv-01173-GMN-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Commissioner), hereby requests a thirty (30) day extension of time to respond to Plaintiff's Complaint (Dkt. 1). Defendant's response is due for filing on October 28, 2013.

This is Defendant's second request for an extension. Defendant has investigated this matter and requested the files necessary to respond to the Complaint. The agency maintains some files in paper form, and there was some delay in obtaining them from other agency offices. Other files were available for viewing, but not downloading, due to temporary technical problems with the agency's

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

databases.  Further, delays in completing the investigation were compounded by the sixteen-day shutdown of the federal government, causing the furlough of agency counsel assigned to this matter.  Defendant apologizes for the delay caused by these issues and expects that it will be able to respond to the Complaint with an additional thirty days, or by November 27, 2013.

On October 24, 2013, agency counsel Ellinor Coder contacted Plaintiff's counsel, Paul S. Padda, by telephone regarding this matter.  Mr. Padda stated that Plaintiff did not oppose the Commissioner's request for a thirty day extension.

Respectfully submitted this 25th day of October 2013.

DANIEL G. BOGDEN
United States Attorney

*/s/ Carlos A. Gonzalez*
CARLOS A. GONZALEZ
Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

ELLINOR CODER
Assistant Regional Counsel
Social Security Administration

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KHALID HASAN KHAN,

    Plaintiff,

        v.

CAROLYN W. COLVIN[1],
Acting Commissioner of Social Security,

    Defendant.

Case No.: 2:13-cv-01173-GMN-PAL

**[PROPOSED] ORDER**

Based upon Defendant's Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint, and for good cause shown, **IT IS ORDERED** that Defendant shall have until November 27, 2013, to respond to Plaintiff's Complaint.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2013

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).