1   DANIEL G. BOGDEN
    United States Attorney
2   BLAINE T. WELSH
    Assistant United States Attorney
3   Nevada State Bar No. 4790
    333 South Las Vegas Blvd. Suite 5000
4   Las Vegas, NV 89101
    Ph: (702) 388-6336
5   Fax: (702) 388-6787
    Email:  Blaine.Welsh@usdoj.gov
6   Attorneys for the United States

7

8                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
9

10  KHALID HASAN KHAN,                    )
                                          )
11           Plaintiff,                    )   Case No: 2:13-cv-01173-GMN-PAL
                                          )
12                 v.                      )
                                          )
13  CAROLYN W. COLVIN[1],                 )   **DEFENDANT'S MOTION TO SEAL**
    Acting Commissioner of Social Security, )   **DECLARATION OF GLENN HAAS AND**
14                                         )   **ALL DOCUMENTS APPENDED TO IT**
             Defendant.                    )
15  _____ )

16

17                      **I.     INTRODUCTION**

18          Pursuant to LR 10-5, Defendant respectfully requests that the Court seal the declaration of

19  Glenn Haas and all documents attached to it.  The Haas declaration and appended documents are

20  attached as an Exhibit to Defendant's Motion to Dismiss that is being filed concurrently with this

21  Motion to Seal.  This case involves allegations that the Social Security Administration (SSA) made

22  incorrect decisions about Plaintiff's age and entitlement to age related benefits.  In most cases seeking

23  review of benefit decisions made by the SSA, this Court limits access to the file to the Plaintiff and

24  _____
    [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
25  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
    substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to
26  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.
    § 405(g).

1   any counsel for the SSA.  This is done to avoid the heavy redaction and multiple filings that would

2   otherwise be necessary to redact sensitive information from the documents submitted to the court

3   because these cases deals extensively with personally identifiable information, medical records,

4   financial data and other sensitive data.  In this case, however, the court did not limit access to this file

5   and the documents filed in it are all accessible to the public.

6       Defendant is uncertain why access was not limited but it may be due to the fact that Plaintiff

7   claimed jurisdiction under the Administrative Procedure Act ("APA"), 5 U.S.C. § 702 *et seq.*

8   (complaint at 1:17-19, 22-26,) rather than section 405(g) of the Social Security Act ("Act*"),*  42

9   U.S.C. § 405(g)-(h).

10      Regardless of the reason, however, this case does not have the normal limited access

11  restriction, and the Haas Declaration and attachments to it contains sensitive information that should

12  not be subject to public view, including personally identifiable information and financial data.

13  Further, redaction of the sensitive information is not practicable without considerable difficulty and

14  the risk that the meaning of some of the documents may be obscured.

15      For these reasons, Defendant respectfully requests that the Declaration of Glenn Haas attached

16  to the Defendant's Motion to Dismiss and all documents appended to the Haas Declaration be sealed.

17      Respectfully submitted this 27th day of November 2013.

18                                              DANIEL G. BOGDEN
                                                United States Attorney
19

20                                              */s/ Blaine T. Welsh*
                                                BLAINE T. WELSH
21                                              Assistant United States Attorney

22  OF COUNSEL:                                 IT IS SO ORDERED this 9th day of
                                                December 2013.
23  DONNA L. CALVERT
    Acting Regional Chief Counsel
24
    ELLINOR R. CODER
25  Assistant Regional Counsel                  Peggy A. Leen
    Social Security Administration              United States Magistrate Judge
26

                                             2