1  Paul S. Padda, Esq. (NV Bar No: 10417)
   Email: ppadda@caplawyers.com
2  COHEN & PADDA, LLP
   4240 West Flamingo Road, Suite 220
3  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
4  Fax: (702) 366-1940
   Web: caplawyers.com
5
   Attorney for the Plaintiff
6
# UNITED STATES DISTRICT COURT
7
# DISTRICT OF NEVADA
8

9  KHALID HASAN KHAN,              )
                                   )
10         Plaintiff,               )   Case No. 2:13-cv-1173-GMN-PAL
                                   )
11 v.                               )
                                   )
12 CAROLYN W. COLVIN, Acting       )
   Commissioner, United States    )
13 Social Security Administration, )
                                   )
14         Defendant.               )
   _____ )

15            **STIPULATION OF VOLUNTARY DISMISSAL**

16         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby

17 stipulates to voluntary dismissal (without prejudice) of this civil action.  The parties to

18 this stipulation further agree that each respective party shall bear its own attorney's fees

19 and costs with respect to this litigation.  The parties respectfully request that the Court

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

1  approve this stipulation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ *Ellinor Coder* | /s/ *Paul S. Padda* |
| _____ | _____ |
| Ellinor Coder, Esq. | Paul S. Padda, Esq. |
| Assistant Regional Counsel | Cohen & Padda |
| Office of Regional Counsel | Las Vegas, Nevada |
| Social Security Administration |  |
| San Francisco, California | Attorney for Plaintiff |
|  |  |
| Attorney for Defendant | Dated: April 21, 2014 |
|  |  |
| Dated: April 21, 2014 |  |

**IT IS SO ORDERED:**

**The Court hereby approves the stipulation of voluntary dismissal filed by Plaintiff. This matter is hereby dismissed, without prejudice. Each party shall bear its own costs and attorney's fees with respect to this litigation.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED: 04/23/2014**

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on April 21, 2014, a copy of the foregoing document, "STIPULATION OF VOLUNTARY DISMISSAL" was served (via the Court's CM/ECF system) upon counsel of record for Defendants.

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.
Cohen & Padda, LLP
Las Vegas, Nevada

2